**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BARBARA REED, as Guardian of
JERRY REED, and BARBARA REED,
individually,

    Plaintiffs,

v.    CASE NO:  8:09-cv-1476-T-26EAJ

CAITLIN SANTO, FRANK SANTO, JR.,
and STATE FARM MUTUAL AUTO-
MOBILE INS. CO.,

    Defendants.
_____/

**O R D E R**

Before the Court is Defendant's motion to exclude the expert witness testimony of Dr. Richard Boehme based on Daubert v. Merrill-Dow Pharmaceuticals, Inc., 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993), with regard to his opinion that even had Mr. Jerry Reed been wearing his bicycle helmet at the time of the accident in question he would have still sustained the same injuries.  After careful consideration of the motion, together with the *selected* portions of Dr. Boehme's deposition which do not include any cross-examination by Plaintiffs' counsel, the Court concludes that the motion is due to be denied without prejudice to being renewed at trial at which time the Court will conduct a *Daubert* hearing with respect to the admissibility of the expert testimony of Dr. Boehme.  See Cook v. Sheriff of Monroe Cty., Fla., 402 F.3d 1092, 1113 (11th Cir. 2005) (recognizing that a *Daubert* hearing is not required prior to trial, especially when there is only one proffered expert in an uncomplicated case); accord East

<u>Coast Brokers and Packers, Inc. v. Seminis Vegetable Seeds, Inc.</u>, 2008 WL 5093602 (M.D. Fla. 2008).[1]

Furthermore, it is this Court's policy to have the parties address any evidentiary disputes, including the admissibility of expert testimony, in their trial briefs rather than by motions in limine. The Court will then decide whether to convene an evidentiary hearing to address those disputes prior to the commencement of trial or during the course of the trial. The parties are, therefore, directed to address the issue of the admissibility of Dr. Boehme's expert opinion testimony in their trial briefs.

**DONE AND ORDERED** at Tampa, Florida, on November 18, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record

---

[1] Given this conclusion, the Court needs no response from Plaintiffs.